**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>MELANIE LUQUE (1),<br>KARISSA BRIANA ANGUIANO (2),<br><br>                    Defendants. | Case No. _____<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs.<br>952 and 960 - Importation<br> of and Methamphetamine and N-<br>phenyl-N-[1-(2-phenylethyl)-<br>4-piperidinyl] propanamide<br>(Fentanyl) (Felony); |

The Acting United States Attorney charges:

Count 1

On or about July 21, 2022, within the Southern District of California, defendants, MELANIE LUQUE and KARISSA BRIANA ANGUIANO, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

//

//

//

//

DTK:sc:8/9/2022

1

2                                       Count 2

3        On  or  about  July  21,  2022,  within  the  Southern  District  of

4   California, defendants, MELANIE LUQUE and KARISSA BRIANA ANGUIANO, did

5   knowingly and intentionally import a mixture and substance containing a

6   detectable   amount   of   N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

7   propanamide  (Fentanyl),  a  Schedule II  Controlled  Substance,  into  the

8   United  States  from  a  place  outside  thereof;  in  violation  of  Title 21,

9   United States Code, Sections 952 and 960.

10       DATED:  August 9, 2022 .

11                                       RANDY S. GROSSMAN
                                         United States Attorney
12

13                                       DEREK T. KO
                                         Assistant U.S. Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28